UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 22 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DIMITRITZA TOROMANOVA,<br><br>            Plaintiff - Appellant,<br><br>  v.<br><br>WELLS FARGO BANK, NA; et al.,<br><br>            Defendants - Appellees. | No. 13-16286<br><br>D.C. No. 2:12-cv-01637-LRH-CWH<br>U.S. District Court for Nevada, Las Vegas<br><br>**MANDATE** |

The judgment of this Court, entered November 25, 2015, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $77.30.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk