**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 28 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DIMITRITZA TOROMANOVA, | No. 13-16286 |
| Plaintiff - Appellant, | D.C. No. 2:12-cv-01637-LRH-CWH |
| v. | District of Nevada, Las Vegas |
| WELLS FARGO BANK, NA; et al., | |
| Defendants - Appellees. | ORDER |

Before: TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

We treat Toromanova's motion for an extension of time to file a petition for rehearing, filed on January 19, 2016, as both a motion to recall the mandate and a motion for an extension of time to file a petition for rehearing, and deny the motions.

No further filings will be entertained in this closed case.